# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELA GREENWOOD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WISSAHICKON SCHOOL DISTRICT,** *et al* | : | **NO. 04-3880** |

## ORDER

**AND NOW**, this 14th day of May, 2009, upon consideration of the Plaintiff's Motion for Attorney Fees and Costs for Relief Obtained in the Administrative Process (Document No. 99) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.